UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHRISTOPHER J. WALKER,

                                                                         7:23-cv-10434 (CS)

                           Plaintiff,

                                                                        **JUDGMENT**

                  -against-

PAVEL SHYDLOUSKI, PAVEL DRIVE LLC
and AVTOMEDON, INC.,

                           Defendants.
------------------------------------------------------------------------x

       The issues in the above entitled action having come on for a damages trial before the **HONORABLE CATHY SEIBEL, U.S.D.J.** and a jury beginning on September 8, 2025 and ending on September 12, 2025, and the Plaintiff, **CHRISTOPHER J. WALKER**, having appeared by his attorneys, **LAW OFFICES OF WILLIAM CAFARO** by **WILLIAM CAFARO, ESQ.** and **BUZIN LAW, P.C.,** by **ANDREW S. BUZIN, ESQ.,** and the defendants, **PAVEL SHYDLOUSKI, PAVEL DRIVE LLC** and **AVTOMEDON, INC.,** having appeared by their attorneys, **GALLO VITUCCI KLAR, LLP** by **MATTHEW J. VITUCCI, ESQ.,**

       **AND**, pursuant to a so ordered stipulation by the **HONORABLE CATHY SEIBEL, U.S.D.J.** dated May 2, 2024, the parties having stipulated that defendants **PAVEL SHYDLOUSKI, PAVEL DRIVE LLC** and **AVTOMEDON INC.** concede full and complete liability regarding the motor vehicle accident of February 2, 2023 and that statutory interest pursuant to CPLR 5004 at a rate of 9% per annum shall commence on October 15, 2024,

AND, the jury, after due deliberation, having awarded damages as follows on the 12th day of September, 2025:

**Past Damages**

  Pain and suffering:          $   750,000.00

**Future Damages**

  Pain and suffering:          $   2,200,000.00 over 36 years
                    [payable over 10 years per CPLR 5041(e)]

**Total Award**            $ 2,950,000.00

AND the discount rate used to determine the present value of the future damage award is to be 4.06% for the 10-year award;

NOW, on motion of **WILLIAM CAFARO, ESQ,** attorney for the plaintiff, **CHRISTOPHER J. WALKER,** it is

**ORDERED AND ADJUDGED,** that plaintiff, **CHRISTOPHER J. WALKER,** residing at 150 Glover Avenue, Norwalk, CT 06850, recover and have judgment, jointly and severally, against the defendants, **PAVEL SHYDLOUSKI,** residing at 9535 Flourish Drive, Land O'Lakes, Florida 34637, **PAVEL DRIVE LLC,** located at 9535 Flourish Drive, Land O'Lakes, Florida 34637 and **AVTOMEDON, INC.,** located at 1389 Hazel Green Drive, Frisco, TX 75033, for a lump sum of **SIX HUNDRED FORTY EIGHT THOUSAND FIVE HUNDRED FIFTY SIX DOLLARS AND SIXTY NINE CENTS ($648,556.69),** said amount representing defendants' liability on the net lump sum awarded to plaintiff for past damages in the amount of $486,417.52 and plaintiff's share of the first $250,000 of future damages paid in cash in the amount of $162,139.17. All amounts are after deduction of attorney's fees and expenses. Interest shall

accrue on said amount of $648,556.69 from the liability date, October 15, 2024, to the entry of judgment and costs and disbursements as taxed by the clerk, and the Plaintiff shall have execution thereon, and it is further

**ORDERED AND ADJUDGED**, that the plaintiff, **CHRISTOPHER J. WALKER**, recover and have judgment, jointly and severally, against the defendants, **PAVEL SHYDLOUSKI, PAVEL DRIVE LLC** and **AVTOMEDON, INC.**, for attorney's fees in the sum of **NINE HUNDRED FORTY ONE THOUSAND THREE HUNDRED SEVENTY EIGHT DOLLARS AND FORTY NINE CENTS ($941,378.49)** and **EIGHTY THOUSAND ONE HUNDRED THIRTY SIX DOLLARS AND SIXTY SIX CENTS ($80,136.66)** for litigation expenses for a total of **ONE MILLION TWENTY ONE THOUSAND FIVE HUNDRED FIFTEEN DOLLARS AND FIFTEEN CENTS ($1,021,515.15)**, plus interest from the liability date, October 15, 2024, to the entry of judgment, and the Plaintiff shall have execution thereon, and it is further

**ORDERED AND ADJUDGED**, that plaintiff, **CHRISTOPHER J. WALKER**, have judgment, jointly and severally, against the defendants, **PAVEL SHYDLOUSKI, PAVEL DRIVE LLC** and **AVTOMEDON, INC.**, in the amount of **ONE MILLION TWO HUNDRED THIRTY FOUR THOUSAND TWO HUNDRED DOLLARS AND TWENTY NINE CENTS ($1,234,200.29)** representing the present value of the award to Plaintiff for future pain & suffering after deduction of attorney's fees and expenses, and recover interest upon said sum from the liability date, October 15, 2024, to the entry of judgment, and it is further

**ORDERED AND ADJUDGED,** that based on the above award in the amount of **ONE MILLION TWO HUNDRED THIRTY FOUR THOUSAND TWO HUNDRED DOLLARS**

AND TWENTY NINE CENTS ($1,234,200.29), the defendants, **PAVEL SHYDLOUSKI, PAVEL DRIVE LLC** and **AVTOMEDON, INC.,** be and hereby are directed to offer and purchase and guarantee payment to Plaintiff of an annuity contract issued by an insurance carrier, designated as qualified by the Superintendent of The New York State Department of Financial Services and rated A+ or better by A.M. Best Co., of the following annual payment in equal monthly installments payable in advance as follows:

>   (a)   For future pain and suffering – **ONE HUNDRED TWENTY SIX THOUSAND FOUR HUNDRED SIXTY EIGHT DOLLARS AND SIXTY CENTS ($126,468.60)** per annum in equal monthly installments, payable in advance, in the amount of **TEN THOUSAND FIVE HUNDRED THIRTY NINE DOLLARS AND FIVE CENTS ($10,539.05)** per month and increased by 4% per year and compounded annually and extending for the shorter of ten (10) years or the life of **CHRISTOPHER J. WALKER**; and it is further

**ORDERED AND ADJUDGED**, that plaintiff, **CHRISTOPHER J. WALKER**, residing at 150 Glover Avenue, Norwalk, CT 06850, recover and have judgment, jointly and severally, against the defendants, **PAVEL SHYDLOUSKI,** residing at 9535 Flourish Drive, Land O'Lakes, Florida 34637, **PAVEL DRIVE LLC**, located at 9535 Flourish Drive, Land O'Lakes, Florida 34637 and **AVTOMEDON, INC.,** located at 1389 Hazel Green Drive, Frisco, TX 75033, and that the total present value of the award payable to **CHRISTOPHER J. WALKER** is **TWO MILLION NINE HUNDRED FOUR THOUSAND TWO HUNDRED SEVENTY TWO DOLLARS AND THIRTEEN CENTS ($2,904,272.13)** representing the present value of the

award to Plaintiff, plus interest from the liability date, October 15, 2024, to the entry of judgment in the sum of $__260,668.37__, for a total award of $_3,164,940.50__, and it is further

ORDERED AND ADJUDGED, that plaintiff, **CHRISTOPHER J. WALKER**, be awarded post judgment interest in the per diem amount of $_313.03__ from the date of entry of this judgment until all cash sums are paid in full and the aforementioned annuity is purchased in accordance with this judgment.

*[signed] Cathy Seibel 10/14/25*
HONORABLE CATHY SEIBEL, U.S.D.J.

**Judgment Entered this** ___

**Day of** _____, **2025**

_____
**CLERK**